■ WILLIAM SLOBIN, Individually and as Captain of Team No. 13 of the Monday Night 5-Man Handicap League of Mill Basin Bowl, Appellant, v FRANK WARD et al., Respondents, et al., Defendants. — Two orders of the Supreme Court, Kings County (Morton, J.), dated February 5, 1981 and June 16, 1981, respectively, affirmed. No opinion. One bill of costs is awarded to respondents appearing separately and filing separate briefs. Gibbons, J. P., O'Connor, Weinstein and Brown, JJ., concur.